**Order entered May 13, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00066-CV

### MATTHEW D. AUSTIN, ET AL., Appellants

### V.

### BILL AMUNDSON, ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-06546**

## ORDER

Before the Court is appellees' May 12, 2022 unopposed motion for an extension of time to file their brief. We **GRANT** the motion and extend the time to **June 8, 2022**.

/s/    KEN MOLBERG
        JUSTICE